**UNITED STATES OF AMERICA vs.**                    CR 06-909-R

Defendant **STEVEN M. FERGUSON**           S. Security # -------1454

Residence: Metropolitan Detention Center    Mailing:  SAME
            535 Alameda Street
            Los Angeles, CA 90012
-----------------------------------------------------------------------

### JUDGMENT AND PROBATION/COMMITMENT ORDER

PURSUANT TO MANDATE U.S.C.A. FOR RE-SENTENCING
-----------------------------------------------------------------------

        In the presence of the attorney for the government, the defendant
appeared in person, on: JUNE 20, 2011
                 Month / Day / Year

COUNSEL:

_____ WITHOUT COUNSEL
        However, the court advised defendant of right to counsel and asked if
defendant desired to have counsel appointed by the Court and the defendant thereupon
waived assistance of counsel.

  XX  WITH COUNSEL David Kaloyanides, appointed
____PLEA:

__ GUILTY, and the Court being satisfied that there is a factual
basis for the plea.

_____ NOLO CONTENDERE              _____ NOT GUILTY

FINDING:

        There being a jury verdict of XX   GUILTY, defendant has been
convicted as charged of the offense(s) of: Mail fraud, aiding and
abetting and causing an act to be done in violation of Title 18 USC
1341,2 as charged in counts 2 - 4; Inducing a victim to travel in
execution of a fraud scheme in violation of Title 18 USC 2314 as
charged in counts 5 - 9; Promotion of unlawful activity with criminal
proceeds, aiding and abetting and causing an act to be done in
violation of Title 18 USC 1956(a)(1)(A)(i),2 as charged in counts 10 -
14; Engaging in monetary transactions from criminally derived proceeds,
aiding and abetting and causing an act to be done in violation of Title
18 USC 1957,2 as charged in counts 15 & 16; Impeding the administration
of justice, aiding and abetting and causing an act to be done in
violation of Title 18 USC 1503,2 as charged in counts 17 - 22; Tax
evasion, aiding and abetting and causing an act to be done in violation
of Title 26 USC 7201, 18 USC 2 as charged in counts 23 & 24.

JUDGMENT AND PROBATION/COMMITMENT ORDER:

        The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the
contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant
to the Sentencing Reform Act of 1984, it is the judgement of the court that the defendant is hereby committed to the Bureau of Prisons to
be imprisoned for a term of:

        One hundred thirty (130) months.  This sentence consists of 60
months on counts 2 through 4, 23 and 24; 120 months on each of counts
5 through 9 and 15 through 22; and 130 months on each of counts 10
through 14, all to be served concurrently.

        IT IS ORDERED AND ADJUDGED that defendant shall be placed on
probation for three (3) years, concurrent on counts 2 through 24, under
the following terms and conditions: the defendant 1) shall comply with
the rules and regulations of the U.S. Probation Office and General

**-- GO TO PAGE TWO --**                          WH
                                              Deputy Clerk

==========================================================
### JUDGMENT AND PROBATION/COMMITMENT ORDER
### pursuant to Mandate U.S.C.A. for re-sentencing
==========================================================

Order 318; 2) shall pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 3) when not employed at least part-time and/or enrolled in an educational or vocational program, the defendant shall perform 20 hours of community service per week as directed by the Probation Officer; 4) shall truthfully and timely pay taxes owed for the years of conviction and shall truthfully and timely file and pay taxes during the period of community supervision, further, shall show proof to the Probation Officer of compliance with this order; 5) shall not be employed by, affiliated with, own or control or otherwise participate, directly or indirectly in the conduct of the affairs of any financial institution insured by the Federal Deposit Insurance Corporation; 6) shall not be employed in any position that requires licensing and/or certification by any local, state or federal agency without prior approval of the Probation Officer; 7) shall not be employed in any capacity wherein he has custody, control or management of his employer's funds; 8) shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer, nor shall the defendant use, for any purpose or in any manner, any name other than his true legal name; 9) shall not, engage, as whole or partial owner, employee, director, officer, contractor or otherwise, in any business involving mortgage loan programs, telemarketing activities, investment programs or any other business involving the solicitation of funds of cold-calls to customers, without the express prior approval of the Probation Officer, purchases, leases, rentals, sales or marketing; further, shall provide the Probation Officer with access to any and all business records, client lists and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer; 10) shall not be self-employed and shall submit all employment offers which the defendant intends to accept to the Probation Officer for prior approval so that the Probation Officer can verify the legitimacy of the employment, and the defendant shall keep the Probation Officer apprised of his work schedule; 11) the defendant is prohibited from receiving mail matter at any location other than his legal residence, as approved by the Probation Officer, and is further prohibited from receiving mail matter intended for his benefit addressed to or via third parties; 12) shall participate in a domestic violence treatment program as approved and directed by the Probation Officer; 13) shall, as directed by the Probation Officer, apply monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; 14) shall cooperate in the collection of a DNA sample from the defendant.

**-- GO TO PAGE THREE --**                          _____**WH**_____
                                                    Deputy Clerk

=========================================================
### JUDGMENT AND PROBATION/COMMITMENT ORDER
### pursuant to Mandate U.S.C.A. for re-sentencing
=========================================================

IT IS FURTHER ORDERED that defendant pay a special assessment of $2,300.00, which is due immediately.

IT IS FURTHER ORDERED that defendant pay restitution in the amount of $6,335,146.00 to victims as set forth in a separate victim list prepared by the Probation Office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim.  The victim list shall remain confidential to protect the privacy interests of the victims.  If the defendant makes a partial payment, each payess shall receive approximately proportional payment, as directed by the Probation Officer.
Restitution shall be due during the period of imprisonment, at the rate of not less than $25.00 per5 quarter, and pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.  If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least $150.00 shall be made during the period of supervised release.  These payments shall begin 30 days after the commencement of supervision.  Interest on the amount of restitution is waived; payments may be subject to penalties for default / delinquency.

The defendant shall comply with General Order No. 01-05

IT IS FURTHER ORDERED that all fines and costs of supervision are waived as to this defendant.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by: District Judge _____
                                    **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                    Sherri R. Carter, Clerk of Court

Dated/Filed __JUNE 20, 2011_____     By_____/S/_____
                Month / Day / Year              William Horrell, Deputy Clerk

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐     The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

## STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1). Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g). Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office. 18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full. 18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k). The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution- pursuant to 18 U.S.C. §3664(k). See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

      1. Special assessments pursuant to 18 U.S.C. §3013;
      2. Restitution, in this sequence:
              Private victims (individual and corporate),
              Providers of compensation to private victims,
              The United States as victim;
      3. Fine;
      4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
      5. Other penalties and costs.

## SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account. All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

| Defendant delivered on | | to | |
|---|---|---|---|
| Defendant noted on appeal on | | | |
| Defendant released on | | | |
| Mandate issued on | | | |
| Defendant's appeal determined on | | | |
| Defendant delivered on | | to | |

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

B
y _____

| _____ | _____ |
|---|---|
| Date | Deputy Marshal |

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

B
y _____

| _____ | _____ |
|---|---|
| Filed Date | Deputy Clerk |

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

| (Signed) _____ | _____ |
|---|---|
| Defendant | Date |

| _____ | _____ |
|---|---|
| U. S. Probation Officer/Designated Witness | Date |